■ MARGROVE INCORPORATED, Appellant-Respondent, and WILLIAM M. COSGROVE et al., Plaintiffs, v LINCOLN FIRST BANK OF ROCHESTER, Respondent-Appellant.—Order unanimously affirmed, without costs, upon the opinion at Supreme Court, Monroe County, Ark, J. (Appeals from order of Monroe Supreme Court in action for breach of mortgage commitment.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Goldman, JJ.